**No. 09-9979 (R46-017). Michael D.**

**Goodson, aka Mike Goodson, Petitioner v. United States.**

560 U.S. 921, 130 S. Ct. 3337, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4375.

May 24, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 358 Fed. Appx. 533.